L.B.F. 2016-3A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYLVANIA

IN RE:

| | |
|---|---|
| ALLEN LARRY SOROCHIELLO, | : CASE NO. 20-12905-pmm |
| a/k/a ALLEN L. SOROCHIELLO, | : |
| a/k/a ALLEN SOROCHIELLO, and | : CHAPTER 13 |
| KRISTIE LYNN SOROCHIELLO, | : |
| a/k/a KRISTIE L. SOROCHIELLO, | : |
| a/k/a KRISTIE SOROCHIELLO, | : |
| a/k/a KRISTIE JOHNSON, | : |
| a/k/a KRISTIE PIPPEN, | : |
| Debtors | : |

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**VINCENT RUBINO, ESQ**. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on July 6, 2020.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    ____ above median (the amount on line 15 is not less than the amount on line 16).

    _X_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $**4,000.00** for services rendered.

6. Applicant requests reimbursement of expenses in the amount of $**0.00**.

7. The debtor paid Applicant $**0.00** prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an award of $**4,000.00** in compensation and of $**0.00** in reimbursement of actual, necessary expenses.

DATE: April 13, 2021						Signed: /s/ Vincent Rubino
								VINCENT RUBINO, ESQ.
								Newman Williams, P.C.
								712 Monroe Street
								PO Box 511
								Stroudsburg, PA 18360-0511
								(570)421-9090
								Fax: 570-424-9739
								E-Mail: vrubino@newmanwilliams.com