**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| ALLEN LARRY SOROCHIELLO, | : CASE NO. 20-12905-pmm |
| a/k/a ALLEN L. SOROCHIELLO, | : |
| a/k/a ALLEN SOROCHIELLO, and | : CHAPTER 13 |
| KRISTIE LYNN SOROCHIELLO, | : |
| a/k/a KRISTIE L. SOROCHIELLO, | : |
| a/k/a KRISTIE SOROCHIELLO, | : |
| a/k/a KRISTIE JOHNSON, | : |
| a/k/a KRISTIE PIPPEN, | : |
| Debtors | : |

**ORDER GRANTING APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED. Compensation of $4,000.00 may be paid to counsel by the Trustee pursuant to the terms of the confirmed Plan.

Dated: 5/6/21

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge