**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ALLEN LARRY SOROCHIELLO, | : CASE NO. 20-12905-pmm |
| a/k/a ALLEN L. SOROCHIELLO, | : |
| a/k/a ALLEN SOROCHIELLO, and | : CHAPTER 13 |
| KRISTIE LYNN SOROCHIELLO, | : |
| a/k/a KRISTIE L. SOROCHIELLO, | : |
| a/k/a KRISTIE SOROCHIELLO, | : |
| a/k/a KRISTIE JOHNSON, | : |
| a/k/a KRISTIE PIPPEN, | : |
| Debtors | : |

**NOTICE OF FILING OF APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**To the Debtor, U.S. Trustee, Chapter 13 Trustee, all Creditors and parties in interest,**

**NOTICE is given that:**

1. On or about August 15, 2022, Counsel for Debtor filed an Application for Compensation and Reimbursement of Expenses. A copy of such Application is on file in the Clerk's Office and is available for inspection during regular business hours.

2. Counsel for the Debtor has provided legal services to the Debtor.

3. Counsel for the Debtor will continue to provide such legal services on behalf of the Debtor as are necessary and/or appropriate for the administration of the Debtor's bankruptcy case.

4. Counsel for the Debtor has requested fees in the amount of $500.00 and expense reimbursement in the amount of $0.00. The amount of $0.00 has been prepaid by the Debtor.

5. Any creditor or party in interest may file an objection to the payment of the counsel fees with the Clerk, United States Bankruptcy Court, Eastern District of Pennsylvania, The Gateway Building 201, Penn Street, Suite 103, Reading, PA 19601, and file a copy on the attorney for the Debtor at the address listed below within twenty-one (21) days of the date set forth below.

6. In the absence of any objection, the attorney for the Debtor will certify same to the Court and request that an Order be entered authorizing the payment of the fees.

7. The Court has previously approved the payment of legal fees of $4,000.00 to Newman Williams per order dated May 6, 2022.

Dated: August 15, 2022                    **NEWMAN WILLIAMS, P.C.**

                                          By:  /s/ Robert J. Kidwell, Esq.
                                          ROBERT J. KIDWELL, ESQUIRE

Attorney for Debtor
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com