L.B.F. 2016-3A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYLVANIA

IN RE:

| | |
|---|---|
| ALLEN LARRY SOROCHIELLO, | : CASE NO. 20-12905-pmm |
| a/k/a ALLEN L. SOROCHIELLO, | : |
| a/k/a ALLEN SOROCHIELLO, and | : CHAPTER 13 |
| KRISTIE LYNN SOROCHIELLO, | : |
| a/k/a KRISTIE L. SOROCHIELLO, | : |
| a/k/a KRISTIE SOROCHIELLO, | : |
| a/k/a KRISTIE JOHNSON, | : |
| a/k/a KRISTIE PIPPEN, | : |
| Debtors | : |

## THIRD APPLICATION FOR COMPENSATION AND
## REIMBURSEMENT OF EXPENSES

**ROBERT J. KIDWELL, ESQ**. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 of the Bankruptcy Code on July 6, 2020.

3. The debtor's annualized current monthly income as set forth on Form B22C is:

    ____ above median (the amount on line 15 is not less than the amount on line 16).

    _X_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $**500.00** for the preparation, filing and service of a Eighth Amended Chapter 13 Plan on behalf of the debtors.

6. Applicant requests reimbursement of expenses in the amount of $**0.00**.

7. The debtor paid Applicant $**0.00** prior to the filing of the petition but the standing Chapter 13 Trustee has paid Applicant's law firm $4,000.00 pursuant to the May 6, 2021, Order of Judge Mayer. The Court also approved payment of legal fees of $500.00 to Newman Williams per order dated September 8, 2022.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached hereto as Exhibit "A."

9.  None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

    WHEREFORE, Applicant requests an award of $500.00 in compensation and of $0.00 in reimbursement of actual, necessary expenses.

DATE: September 21, 2022          Signed: /s/ Robert J. Kidwell
                                          ROBERT J. KIDWELL, ESQ.
                                          Newman Williams, P.C.
                                          712 Monroe Street
                                          PO Box 511
                                          Stroudsburg, PA 18360-0511
                                          (570) 421-9090
                                          Fax: 570-424-9739
                                          E-Mail: rkidwell@newmanwilliams.com