# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| ALLEN LARRY SOROCHIELLO, | : CASE NO. 20-12905-pmm |
| a/k/a ALLEN L. SOROCHIELLO, | : |
| a/k/a ALLEN SOROCHIELLO, and | : CHAPTER 13 |
| KRISTIE LYNN SOROCHIELLO, | : |
| a/k/a KRISTIE L. SOROCHIELLO, | : |
| a/k/a KRISTIE SOROCHIELLO, | : |
| a/k/a KRISTIE JOHNSON, | : |
| a/k/a KRISTIE PIPPEN, | : |
| Debtors | : |

## CERTIFICATE OF MAILING
## NOTICE TO CREDITORS AND PARTIES IN INTEREST:
## THIRD APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned employee in the office of:

Newman Williams, P.C.,

hereby certifies that a copy of the **Notice to Creditors and Parties in Interest: Third Application for Compensation and Reimbursement of Expenses** were deposited in the United States mail, first class postage prepaid, on the date below, addressed to the parties listed on the Mailing Matrix filed with this Notice as an Exhibit, excluding the Office of the US Trustee and the Trustee, who were served through ECF.

Dated: September 21, 2022               **NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
ROBERT J. KIDWELL, ESQUIRE
Attorney for Debtor
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 20-12905-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Wed Sep 21 11:01:31 EDT 2022 | City of Bethlehem<br>c/o Portnoff Law Associates, Ltd.<br>P.O. Box 3020<br>Norristown, PA 19404-3020 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Tax Claim Bureau<br>633 Court Street<br>Second Floor<br>Reading, PA 19601-4300 | U.S. Attorney Office<br>c/o Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4404 | United States Trustee<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 300<br>Philadelphia, PA 19107 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | Alltran Financial<br>5800 North Course Dr<br>Houston, TX 77072-1613 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 | Berkheimer Tax Administration<br>50 North Seventh Street<br>Bangor, PA 18013-1795 | Bridgecrest Credit Co<br>1800 N Colorado St<br>Gilbert, AZ 85233 |
| Bridgecrest Credit Co LLC<br>PO Box 29018<br>Phoenix, AZ 85038-9018 | CBCS<br>Po Box 2724<br>Columbus, OH 43216-2724 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Cenlar Fed Savings Bank<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | Citibank NA<br>PO Box 769006<br>San Antonio, TX 78245-9006 |
| City of Bethlehem<br>c/o James R. Wood, Esquire<br>2700 Horizon Drive, Suite 100<br>King of Prussia, PA 19406-2726 | City of Bethlehem Water<br>Sewer & Misc Services<br>10 East Church Street<br>Bethlehem, PA 18018-6005 | Comenity Bank<br>Bankruptcy Dept<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Commercial Acceptance<br>2300 Gettysburg Rd<br>Camp Hill, PA 17011-7303 | Complete Payment Recovery Svcs<br>3500 5th Street<br>Northport, AL 35476-4723 | Consumer Portfolio Services<br>Asset Rec Dept - Attn Bankruptcy<br>PO Box 57071<br>Irvine, CA 92619-7071 |
| Credit One Bank<br>6801 S Cimarron Road<br>Las Vegas, NV 89113-2273 | Daniel Santucci, Esq<br>c/o Midland Funding LLC<br>1 International Plz 5th Fl<br>Philadelphia, PA 19113-1510 | Dept of Ed/Navient<br>PO Box 9655<br>Wilkes Barre, PA 18773-9655 |
| Diabetes & Osteoporosis Ctr<br>20 Wills Way<br>Piscataway, NJ 08854-3770 | First Premier<br>3820 N Louise Avenue<br>Sioux Falls, SD 57107-0145 | First Savings Bank<br>PO Box 5065<br>Sioux Falls, SD 57117-5065 |

| | | |
|---|---|---|
| Geico Choice Insurance Co<br>One Geico Plaza<br>Bethesda, MD 20811-0001 | Global Credit & Coll<br>5440 N Cumbeland Ave<br>Suite 300<br>Chicago, IL 60656-1486 | Good Shepherd Rehab Hospital<br>850 South 5th Street<br>Allentown, PA 18103-3295 |
| Hanover Township Bd of Supervisors<br>3630 Jacksonville Road<br>Bethlehem, PA 18017-9303 | Hanover Township Northampton County<br>3630 Jacksonville Rd.<br>Bethlehem PA 18017-9302 | Health Network Laboratories<br>794 Roble Road<br>Allentown, PA 18109-9110 |
| (p)I C SYSTEM INC<br>LEGAL DEPARTMENT<br>PO BOX 64444<br>SAINT PAUL MN 55164-0444 | Joseph A Diconcetto MD<br>5325 Northgate Dr 104<br>Bethlehem, PA 18017-9412 | LVNV Funding<br>625 Pilot Road<br>Suite 3<br>Las Vegas, NV 89119-4485 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lehigh Valley Health Network<br>Patient Receivables Office<br>PO Box 4067<br>Allentown, PA 18105-4067 | Lehigh Valley Hospital Muhlenberg<br>PO Box 4120<br>Allentown, PA 18105-4120 |
| Lehigh Valley Phys Group<br>PO Box 1754<br>Allentown, PA 18105-1754 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Lisa A Pereira Esq<br>38 West Market Street<br>Bethlehem, PA 18018-5703 |
| MORTGAGE RESEARCH CENTER, LLC ET AL<br>CENLAR FSB<br>BK Department, 425 PHILLIPS BLVD.<br>EWING NJ 08618-1430 | MORTGAGE RESEARCH CENTER, LLC, et.al.<br>C/o Mario J. Hanyon, Esq.<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA 19103 | McLure Law Office<br>PO Box 65<br>Middletown, PA 17057-0065 |
| Medical Imaging of Lehigh Valley<br>2 Meridian Blvd 2nd Fl<br>Wyomissing, PA 19610-3202 | Midland Credit Management<br>350 Camino De La Reina<br>Suite 100<br>San Diego, CA 92108-3007 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Mortgage Research Center, LLC et al<br>c/o Daniel P. Jones, Esquire<br>Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>The Shops at Valley Square<br>Warrington, PA 18976-3403 | Peerless Credit Services<br>PO Box 518<br>Middletown, PA 17057-0518 | (p)PENN CREDIT CORPORATION<br>PO BOX 69703<br>HARRISBURG PA 17106-9703 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, Pa. 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Provident Bank<br>4787 Freemansburg Avenue<br>Easton, PA 18045-5529 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RCN<br>100 Baltimore Drive<br>Wilkes Barre, PA 18702-7955 |

| | | |
|---|---|---|
| RCN Telecom Services<br>c/o Joseph Mann & Creed<br>8948 Canyon Falls Blvd Ste 200<br>Twinsburg, OH 44087-1900 | Radius Global Solutions<br>7831 Glenroy Rd Ste 250-A<br>Minneapolis, MN 55439-3132 | Receivables Management Systems<br>7206 Hull St Ste 211<br>Richmond, VA 23235-5826 |
| Receivables Mgt Partners<br>PO Box 349<br>Greensburg, IN 47240-0349 | St Luke's Hospital<br>Box #4096<br>PO Box 8500<br>Philadelphia, PA 19178-4096 | Summit Collection Svcs NJ LLC<br>PO Box 306<br>Ho Ho Kus, NJ 07423-0306 |
| Synchrony Bank<br>Attn Bankruptcy Dept<br>PO Box 965061<br>Orlando, FL 32896-5061 | The Provident Bank<br>381 Speedwell Ave<br>Morris Plains, NJ 07950-2136 | Veterans United Home Loans<br>PO Box 77404<br>Ewing, NJ 08628-6404 |
| Allen Larry Sorochiello<br>2875 Whitewood Road<br>Bethlehem, PA 18017-3537 | Kristie Lynn Sorochiello<br>2875 Whitewood Road<br>Bethlehem, PA 18017-3537 | ROBERT JOSEPH KIDWELL<br>Newman Williams<br>712 Monroe Street<br>Stroudsburg, PA 18360-2131 |
| SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | VINCENT RUBINO<br>Newman Williams Mishkin<br>712 Monroe Street<br>PO Box 511<br>Stroudsburg, PA 18360-0511 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | IC System Inc<br>PO  Box 64378<br>Saint Paul, MN 55164-0378 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |
| Lendup Card Services<br>47 Maiden Lane<br>San Francisco, CA 94108 | Penn Credit<br>PO Box 69703<br>Harrisburg, PA 17106-9703 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)MORTGAGE RESEARCH CENTER, LLC, et.al. | (u)Sophia Nikolaidis<br>, PA | End of Label Matrix<br>Mailable recipients    73<br>Bypassed recipients     2<br>Total                   75 |