IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ALLEN LARRY SOROCHIELLO, | : | CASE NO. 20-12905-pmm |
| a/k/a ALLEN L. SOROCHIELLO, | : | |
| a/k/a ALLEN SOROCHIELLO, and | : | CHAPTER 13 |
| KRISTIE LYNN SOROCHIELLO, | : | |
| a/k/a KRISTIE L. SOROCHIELLO, | : | |
| a/k/a KRISTIE SOROCHIELLO, | : | |
| a/k/a KRISTIE JOHNSON, | : | |
| a/k/a KRISTIE PIPPEN, | : | |
| Debtors | : | |

**NOTICE OF SUPPLEMENTAL APPLICATION AND RESPONSE DEADLINE**

Robert J. Kidwell, Esquire, Counsel for Debtors, has filed a Supplemental Application for Compensation on behalf of Newman Williams, P.C.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 19, 2023, you or your attorney must do ALL of the following:

(a) file an answer explaining your position at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to attorney for movant:

Robert J. Kidwell, Esquire
NEWMAN WILLIAMS, P.C.
712 Monroe Street

Stroudsburg, PA 18360

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3. If you require a copy of the application, a copy will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

DATE: April 28, 2023                    Signed:  /s/ Robert J. Kidwell, Esq.
                                                                                                     ROBERT J. KIDWELL, ESQ.
                                                                                                     Newman Williams, P.C.
                                                                                                     712 Monroe Street
                                                                                                     PO Box 511
                                                                                                     Stroudsburg, PA 18360-0511
                                                                                                     (570) 421-9090
                                                                                                     Fax: 570-424-9739
                                                                                                     E-Mail: rkidwell@newmanwilliams.com